

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
May 17, 2021

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:  702/720-3370
Facsimile:  702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JAMES PAUL SCHRAMM and RENELYN GUILLERMO SCHRAMM,<br><br>Debtors. | Case No.  BK-S-19-17165-ABL<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO WITHDRAW MOTION TO APPROVE SALE OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363**<br><br>Date of Hearing:   May 20, 2021<br>Time of Hearing:   11:00 a.m.<br>Place: Courtroom No. 1, Third Floor<br>           Foley Federal Building<br>           300 Las Vegas Blvd., S.<br>           Las Vegas, NV 89101<br><br>Judge: Honorable August B. Landis |

The Court having reviewed and considered the *Stipulation to Withdraw Motion to Approve Sale of Personal Property Pursuant to 11 U.S.C. § 363* (the "Stipulation") filed by the parties thereto, and good cause appearing therefore,

. . .

-1-

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED in its entirety; and

2. The *Motion to Approve Sale of Personal Property Pursuant to 11 U.S.C. § 363* [ECF No. 203] (the "Motion") shall be withdrawn; and

3. The hearing on the Motion scheduled for May 20, 2021 at 11:00 a.m. shall be vacated.

**IT IS SO ORDERED.**

Prepared and Submitted By:

**HOUMAND LAW FIRM, LTD.**

By: */s/ Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone: 702/720-3370
Facsimile: 702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

###