**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: SCHRAMM, JAMES PAUL                    §        Case No. 19-17165-ABL
      SCHRAMM, RENELYN GUILLERMO        §
                                          §
                                          §

           Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      Shelley D. Krohn, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $58,104.53 | Assets Exempt: $58,104.53 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: $1,094,574.58 |
| Total Expenses of Administration: $1,398.99 | |

      3) Total gross receipts of $1,398.99 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,398.99 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $38,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,524.91 | $1,524.91 | $1,398.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $74,563.00 | $1,020,011.58 | $1,020,011.58 | $0.00 |
| **TOTAL DISBURSEMENTS** | $112,563.00 | $1,021,536.49 | $1,021,536.49 | $1,398.99 |

4) This case was originally filed under chapter 7 on 11/05/2019.  The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:       11/23/2021

By: /s/ Shelley D. Krohn

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE - XL141 LLC | 1221-000 | $111.30 |
| Unclaimed Funds | 1229-000 | $1,287.69 |
| **TOTAL GROSS RECEIPTS** | | **$1,398.99** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | JB Financial | 4110-000 | $13,000.00 | NA | NA | NA |
| N/F | Loan Max LLC | 4110-000 | $25,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$38,000.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Shelley D. Krohn | 2100-000 | NA | $349.75 | $349.75 | $223.83 |
| Trustee, Expenses - Shelley D. Krohn | 2200-000 | NA | $1,155.16 | $1,155.16 | $1,155.16 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $20.00 | $20.00 | $20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,524.91** | **$1,524.91** | **$1,398.99** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Southwest Gas Corporation | 7100-000 | NA | $186.28 | $186.28 | $0.00 |
| 2 | LVNV Funding, LLC Resurgent Capital Services | 7100-000 | NA | $2,103.45 | $2,103.45 | $0.00 |
| 3 | Pinnacle Credit Services, LLC Resurgent Capital Services | 7100-000 | NA | $1,036.51 | $1,036.51 | $0.00 |
| 4 | PlusFour, Inc. | 7100-000 | NA | $172.43 | $172.43 | $0.00 |
| 5 | PlusFour, Inc. | 7100-000 | NA | $532.94 | $532.94 | $0.00 |
| 6 | Vegas Valley Collection Service/Wee Care Pediatric | 7100-000 | NA | $59.96 | $59.96 | $0.00 |
| 7 | Acuity c/o Kohner, Mann & Kailas, S.C. | 7100-000 | NA | $440.00 | $440.00 | $0.00 |
| 8 | Tea Olive, LLC | 7100-000 | NA | $501.13 | $501.13 | $0.00 |
| 9-2 | BENJAMIN B. CHILDS, ESQ. | 7100-000 | NA | $46,236.52 | $46,236.52 | $0.00 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $268.47 | $268.47 | $0.00 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $437.88 | $437.88 | $0.00 |
| 12 | SEQUOIA CONCEPTS INC, A CALIFORNIA CORP., DBA SEQUOIA FINANCIAL SERVICES, AS ASSIGNEE CEDARS-SINAI MEDICAL CENTER | 7100-000 | NA | $941.50 | $941.50 | $0.00 |
| 13 | Sprint Corp Attention Bankruptcy Dept | 7100-000 | NA | $851.75 | $851.75 | $0.00 |

| 14 | MIDLAND FUNDING LLC | 7100-000 | NA | $800.45 | $800.45 | $0.00 |
|---|---|---|---|---|---|---|
| 15 | MIDLAND FUNDING LLC | 7100-000 | NA | $688.00 | $688.00 | $0.00 |
| 16 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | NA | $1,176.19 | $1,176.19 | $0.00 |
| 17 | LVNV Funding, LLC Resurgent Capital Services | 7100-000 | NA | $230.39 | $230.39 | $0.00 |
| 18-2 | United Artists Corporation | 7100-000 | NA | $963,347.73 | $963,347.73 | $0.00 |
| N/F | Allied Collection Services | 7100-000 | $324.00 | NA | NA | NA |
| N/F | Ally Financial | 7100-000 | $4,250.00 | NA | NA | NA |
| N/F | BYL Collections | 7100-000 | $58.00 | NA | NA | NA |
| N/F | BYL Collections | 7100-000 | $87.00 | NA | NA | NA |
| N/F | Benjamin B. Childs | 7100-000 | $38,780.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $345.00 | NA | NA | NA |
| N/F | Cba Collection Bureau | 7100-000 | $497.00 | NA | NA | NA |
| N/F | Chase Auto Finance | 7100-000 | $7,515.00 | NA | NA | NA |
| N/F | Clark County Collection Service | 7100-000 | $353.00 | NA | NA | NA |
| N/F | Comenity Bank/Victoria Secret | 7100-000 | $1,176.00 | NA | NA | NA |
| N/F | Convergent Outsourcing, Inc. | 7100-000 | $458.00 | NA | NA | NA |
| N/F | Convergent Outsourcing, Inc. | 7100-000 | $1,159.00 | NA | NA | NA |
| N/F | Convergent Outsourcing, Inc. | 7100-000 | $851.00 | NA | NA | NA |
| N/F | Credence Resource Management | 7100-000 | $1,831.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | Credit One Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Designed Receivable Solutions, Inc. /DR | 7100-000 | $150.00 | NA | NA | NA |
| N/F | First PREMIER Bank | 7100-000 | $922.00 | NA | NA | NA |
| N/F | First PREMIER Bank | 7100-000 | $1,201.00 | NA | NA | NA |
| N/F | Jefferson Capital Systems, LLC | 7100-000 | $635.00 | NA | NA | NA |
| N/F | LVNV Funding/Resurgent Capital | 7100-000 | $2,103.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial Services | 7100-000 | $3,725.00 | NA | NA | NA |
| N/F | Midland Funding | 7100-000 | $688.00 | NA | NA | NA |
| N/F | Midland Funding | 7100-000 | $800.00 | NA | NA | NA |
| N/F | One Nevada Credit Unio | 7100-000 | $351.00 | NA | NA | NA |
| N/F | PlusFour, Inc. | 7100-000 | $169.00 | NA | NA | NA |
| N/F | PlusFour, Inc. | 7100-000 | $523.00 | NA | NA | NA |
| N/F | Portfolio Recovery | 7100-000 | $303.00 | NA | NA | NA |
| N/F | Quantum Collections | 7100-000 | $352.00 | NA | NA | NA |
| N/F | Sentry Recovery & Collections | 7100-000 | $782.00 | NA | NA | NA |
| N/F | Sentry Recovery & Collections | 7100-000 | $1,154.00 | NA | NA | NA |
| N/F | Sequoia Financial Svcs | 7100-000 | $76.00 | NA | NA | NA |
| N/F | Sequoia Financial Svcs | 7100-000 | $103.00 | NA | NA | NA |
| N/F | Sequoia Financial Svcs | 7100-000 | $125.00 | NA | NA | NA |
| N/F | Sequoia Financial Svcs | 7100-000 | $77.00 | NA | NA | NA |
| N/F | Sequoia Financial Svcs | 7100-000 | $95.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Sequoia Financial Svcs | 7100-000 | $208.00 | NA | NA | NA |
| N/F | Sequoia Financial Svcs | 7100-000 | $291.00 | NA | NA | NA |
| N/F | Sequoia Financial Svcs | 7100-000 | $356.00 | NA | NA | NA |
| N/F | Sequoia Financial Svcs | 7100-000 | $637.00 | NA | NA | NA |
| N/F | The Bureaus Inc | 7100-000 | $710.00 | NA | NA | NA |
| N/F | United Artist Corp. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Vegas Valley Collectio | 7100-000 | $60.00 | NA | NA | NA |
| N/F | I.c. System, Inc | 7100-000 | $283.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$74,563.00** | **$1,020,011.58** | **$1,020,011.58** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 19-17165-ABL

**Case Name:** SCHRAMM, JAMES PAUL
SCHRAMM, RENELYN GUILLERMO

**For Period Ending:** 11/23/2021

**Trustee Name:** (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):** 11/05/2019 (f)

**§ 341(a) Meeting Date:** 12/11/2019

**Claims Bar Date:** 03/20/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2018 Ram Dodge | 25,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2008 Granturismo Maseratti, 91,521 miles | 13,000.00 | 0.00 | | 0.00 | FA |
| 3 | Living room set , bedroom sets , Dining Room Set | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | TV Laptop | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Watch, costume jewelry, wedding rings | 7,000.00 | 0.00 | | 0.00 | FA |
| 7 | Business Checking Acc#3185: Us Bank | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Acc#190: Citibank Client Services | 4.53 | 0.00 | | 0.00 | FA |
| 9 | Nano Technology Light, 100% ownership | Unknown | 0.00 | | 0.00 | FA |
| 10 | URL's and Domain Names (See Attached List) | Unknown | 0.00 | | 0.00 | FA |
| 11 | Past due Child Support | 4,000.00 | 0.00 | | 0.00 | FA |
| 12 | Storage Unit items: Christmas items, Furniture, Nano Sheets (u)<br>Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Lucas James Studio, LLC, 100% ownership (u)<br>Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 14 | Bosch Technologies LLC, 100% ownership (u)<br>Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 15 | Passari LLC, 100% ownership (u)<br>Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 16 | XLI Studios LLC, 100% ownership (u)<br>Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 17 | XLI41, 100% ownership (u)<br>Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 18 | Moapa Town, 100% ownership (u)<br>Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 19-17165-ABL

**Case Name:** SCHRAMM, JAMES PAUL
SCHRAMM, RENELYN GUILLERMO

**For Period Ending:** 11/23/2021

**Trustee Name:** (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):** 11/05/2019 (f)

**§ 341(a) Meeting Date:** 12/11/2019

**Claims Bar Date:** 03/20/2020

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Moapa Valley, 100% ownership (u) Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 20 | United Artist Studios LLC, 100% ownership (u) Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 21 | Logandale LLc, 100% ownership (u) Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 22 | City of Overton, 100% ownership (u) Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 23 | United Artist Film Festival, 100% ownership (u) Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | Unknown | 0.00 | | 0.00 | FA |
| 24 | ACCOUNTS RECEIVABLE - XL141 LLC (u) Debtor uncooperative. Trustee pursuing revocation of discharge. Unlikely that assets will be collected. | 0.00 | 0.00 | | 111.30 | FA |
| 25 | Unclaimed funds in the name of Bosch Media LLC (u) | 0.00 | 67.54 | | 0.00 | 67.54 |
| 26 | Unclaimed Funds in the name of JP Schramm LLC (u) | 0.00 | 217.50 | | 0.00 | 217.50 |
| 27 | Unclaimed Funds (u) | 0.00 | 1,287.69 | | 1,287.69 | FA |
| **27** | **Assets Totals (Excluding unknown values)** | **$58,104.53** | **$1,572.73** | | **$1,398.99** | **$285.04** |

**Major Activities Affecting Case Closing:**

8/16/21: TFR submitted to UST. BD
9/1/21: TFR and NFR filed. BNC will notice due to amount. BD
9/9/21: Creditor pointed out that their claim was not properly listed on TFR. Even though the case is administratively insolvent, need to correct to accurately reflect claims. Withdrew NFR and submitted amended TFR to UST. BD
9/20/21: Amended TFR and Amended NFR filed. BNC will notice. BD
10/18/21: Checks cut. BD
11/23/21: TDR submitted to UST. BD

**Initial Projected Date Of Final Report (TFR):** 11/05/2021

**Current Projected Date Of Final Report (TFR):** 09/20/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 19-17165-ABL | | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|---|
| Case Name: | SCHRAMM, JAMES PAUL | | Bank Name: | Metropolitan Commercial Bank |
| | SCHRAMM, RENELYN GUILLERMO | | Account #: | ******3990 Checking |
| Taxpayer ID #: | **-***1262 | | Blanket Bond (per case limit): | $64,226,286.00 |
| For Period Ending: | 11/23/2021 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/10/20 | {24} | NAI Entertainment Holdings, LLC | A/R due to Debtor's company, XL141 LLC | 1221-000 | 111.30 | | 111.30 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 106.30 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 101.30 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 96.30 |
| 07/01/21 | {27} | State of Nevada | Unclaimed Funds | 1229-000 | 1,287.69 | | 1,383.99 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,378.99 |
| 10/18/21 | 101 | Shelley D. Krohn | 19-17165 JAMES PAUL SCHRAMM AND RENELYN GUILLERMO SCHRAMM Distribution payment - Dividend paid at 100.00% of $1,155.16; Claim # TE; Filed: $1,155.16 | 2200-000 | | 1,155.16 | 223.83 |
| 10/18/21 | 102 | Shelley D. Krohn | 19-17165 JAMES PAUL SCHRAMM AND RENELYN GUILLERMO SCHRAMM Distribution payment - Dividend paid at 64.00% of $349.75; Claim # FEE; Filed: $349.75 | 2100-000 | | 223.83 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 1,398.99 | 1,398.99 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 1,398.99 | 1,398.99 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $1,398.99 | $1,398.99 | |

*{ } Asset Reference(s)*        UST Form 101-7-TDR ( 10 /1/2010)                                        *! - transaction has not been cleared*

Exhibit 9

Page:  2

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 19-17165-ABL

**Case Name:** SCHRAMM, JAMES PAUL
SCHRAMM, RENELYN GUILLERMO

**Taxpayer ID #:** \*\*-\*\*\*1262

**For Period Ending:** 11/23/2021

**Trustee Name:** Shelley D. Krohn (480070)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** \*\*\*\*\*\*3990 Checking

**Blanket Bond (per case limit):** $64,226,286.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| \*\*\*\*\*\*3990 Checking | $1,398.99 | $1,398.99 | $0.00 |
| | **$1,398.99** | **$1,398.99** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**