NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

JAMES PAUL SCHRAMM
    aka JAMES P. SCHRAMM
    aka JAMES SCHRAMM
    aka JP SCHRAMM
    aka JIM SCHRAMM
    dba XL141

RENELYN GUILLERMO SCHRAMM
    aka RENELYN SCHRAMM
    aka RENELYN G. SCHRAMM
    aka RENELYN BAUTISTA
    aka RENELYN G. BAUTISTA
    aka RENELYN GUILLERMO BAUTISTA

Debtor(s)

BK−19−17165−abl
CHAPTER 7

FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that SHELLEY D KROHN is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 12/6/21

Mary A. Schott
Clerk of Court